FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 MAR -2 PM 12: 12
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL ANTHONY RENDON,

    Plaintiff,

v.

JAMES BLACKLEDGE, Chatham County Police Officer; CHATHAM COUNTY POLICE OFFICERS; CHATHAM COUNTY SHERIFFS DEPARTMENT OFFICERS; JOHN DOES, Chatham County Police Officers; JANE DOES, Nurse, Chatham County Sheriffs Department Officers;

    Defendants.

CASE NO. CV419-190

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 2ND day of March 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA